Filed
6/5/2025 4:05 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Erica Rodriguez

## CAUSE NO. 25-DCV-328899

| | | |
|---|---|---|
| CITY OF MISSOURI CITY, TEXAS & SIENNA PARKS & LEVEE IMPROVEMENT DISTRICT, | § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| vs. | § § | FORT BEND COUNTY, TEXAS |
| PLEASANTON HOUSING FINANCE CORPORATION AND THE BOARD MEMBERS OF THE PLEASANTON HOUSING FINANCE CORPORATION, IN THEIR OFFICIAL CAPACITIES, | § § § § § § § | |
| *Defendants.* | § | 240TH JUDICIAL DISTRICT |

### ORDER GRANTING TEMPORARY INJUNCTION AND SETTING CASE FOR TRIAL ON THE MERITS

Plaintiffs, the City of Missouri City, Texas ("Missouri City") and Sienna Parks & Levee Improvement District (the "District"), have requested a Temporary Injunction against Defendants, the Pleasanton Housing Finance Corporation ("Pleasanton HFC") and the members of its Board of Directors, each in their official capacity as board members of the Pleasanton HFC.

On June 6, 2025, the Court held a virtual hearing on the Plaintiffs' request for a temporary injunction. At that hearing, the parties presented their arguments and evidence.

ROUTED TO COURT 6/6/2025  ER
RT'D TO D. CLERK 6/9/2025 MO

It appears to the Court, after considering the arguments and evidence presented by the parties during the June 6, 2025 virtual hearing, that Defendants are seeking to acquire property outside of the City of Pleasanton and to render that property tax exempt in violation of the rights of Missouri City, the District, and other Fort Bend County taxing jurisdictions and that the Plaintiffs are likely to prevail on their claims that Defendants are doing so in violation of both: a) Section 394.903(a) of the Texas Local Government Code, as that section read prior to the amendments to Chapter 394 adopted by HB 21; and b) Section 394.031 of the Texas Local Government Code as amended by HB 21.

The Court finds that Missouri City and the District will suffer irreparable injury if Defendants are not enjoined from their efforts to acquire the Royal Sienna apartment complex and obtain a tax exemption. The irreparable injury will be the loss of the right to assess and collect taxes on the property to offset the cost of providing public services to the complex and its tenants.

Therefore, the Court GRANTS Plaintiffs' Request for a Temporary Injunction against Defendants, the Pleasanton Housing Finance Corporation and the members of its Board of Directors, each in their official capacity as board members of the Pleasanton Housing Finance Corporation, and orders as follows:

1. Defendants, their agents, employees, or anyone acting with them, at their direction, or on their behalf, are enjoined from taking any further action toward the acquisition of the property located at 5222 Avalon Point in Fort Bend County and known as the Royal Sienna apartments or any other property located in Missouri City, its ETJ, or the District; and

2. ~~Defendants, their agents, employees, or anyone acting with them, at their direction, or on their behalf, are restrained from taking any action to seek a tax exemption for the property located at 5222 Avalon Point in Fort Bend County and known as the Royal Sienna apartments or any other property located in Missouri City, its ETJ, or the District.~~

3. Pursuant to section 6.002 of the Texas Civil Practice & Remedies Code and in article XI, section 11.02 of Missouri City's Charter, the Plaintiffs are not required to post an injunction bond.

4. This Order Granting Temporary Injunction shall remain in effect until further order of this Court.

This case is hereby set for a trial on the merits, with respect to the ultimate relief sought, for the two-week period beginning on

Pre-Trial - September 30, 2025 at 1:00 PM - Virtual
Jury Trial - October 14, 2025 at 9:00 AM

ISSUED this _____ day of ___6/9/2025___, 2025.

_____
JUDGE PRESIDING

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kaela Olson on behalf of John Hightower
Bar No. 9614200
kolson@olsonllp.com
Envelope ID: 101682916
Filing Code Description: Proposed Order
Filing Description: Order Granting Temporary Injunction and Setting Case for Trial on the Merits
Status as of 6/6/2025 8:23 AM CST

Associated Case Party: City of Missouri City, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Hightower | 9614200 | jhightower@olsonllp.com | 6/5/2025 4:05:50 PM | SENT |
| Allison Killian | 24099785 | akillian@olsonllp.com | 6/5/2025 4:05:50 PM | SENT |
| E. Joyce Iyamu | | ejiyamu@missouricitytx.gov | 6/5/2025 4:05:50 PM | SENT |
| Jordan Marget | 24130447 | jmarget@olsonllp.com | 6/5/2025 4:05:50 PM | SENT |

Associated Case Party: Pleasanton Housing Finance Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kim Decker | | kdecker@chasnoffstribling.com | 6/5/2025 4:05:50 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/5/2025 4:05:50 PM | SENT |
| Lisa O'Sullivan | | losullivan@chasnoffstribling.com | 6/5/2025 4:05:50 PM | SENT |
| Blake W.Stribling | | bstribling@chasnoffstribling.com | 6/5/2025 4:05:50 PM | SENT |

Associated Case Party: Sienna Parks & Levee Improvement District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel Cleveland | | Joel@mullerlawgroup.com | 6/5/2025 4:05:50 PM | SENT |